IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRADLEY ALAN JONES,

          Plaintiff,

  v.

DARREL KUHL,

          Defendant.

ORDER

10-cv-44-bbc

---

On December 23, 2010, the court received plaintiff Bradley Jones' notice of change of address apprising the court that he was being moved on December 21, 2010 from Jackson Correctional Institution in Black River Falls, Wisconsin to Racine Correctional Institution in Sturtevant, Wisconsin. Plaintiff has missed his deadline of December 20, 2010 to file a response to defendant's motion for summary judgment (dkt. 49). Although plaintiff previously received an extension of his response deadline, I will grant him one more brief extension because he was relocated.

In another matter, on December 13, 2010, the court received a letter from plaintiff requesting the form and instructions to subpoena a document. Enclosed is the requested subpoena form and instructions.

ORDER

IT IS ORDERED that plaintiff is GRANTED an enlargement of time to file his brief in opposition to defendant's motion for summary judgment. Plaintiff shall file his opposition brief by January 10, 2011 and defendants may file their reply brief not later than January 20, 2011.

Entered this 28th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge