IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRADLEY ALLEN JONES,

    Plaintiff,

v.

DARREL KUHL,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-44-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Darrel Kuhl granting summary judgment with respect to plaintiff Bradley Allen Jones's claim that defendant violated his Eighth Amendment rights by failing to protect him from Bruce Withorn and dismissing this case.

_____      2/3/2011
Peter Oppeneer, Clerk of Court          Date